IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JAMES JERMAINE DAVIS,

        Plaintiff,

v.

MICHAEL MEISNER, *et al.*,

        Defendants.

ORDER

Case No. 15-cv-268-slc

On June 8, 2017, defendants jointly moved to postpone the July 31, 2017 trial date because defendant Michael Rataczak, a National Guard member, has been scheduled for mandatory annual training from July 22, 2017 to August 5, 2017. *See* dkt. 92. That motion is GRANTED and the remainder of the schedule is STRICKEN. The court can make these dates work for a four-day jury trial:

    August 7, 2017

    Tuesday, September 5, 2017

    October 2, 2017

    October 10, 2017

    October 16, 2017

Not later than June 23, 2017, the parties must report which of these dates work for them in order of preference. The court then will fill in the rest of the dates leading to trial.

    Entered this 8th day of June, 2017.

                                BY THE COURT:

                                /s/

                                STEPHEN L. CROCKER
                                Magistrate Judge