IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JAMES JERMAINE DAVIS,

    Plaintiff,

v.

MICHAEL MEISNER, SANDRA HAUTAMAKI, DONALD MORGAN, DAVID MELBY, LT. KARNA, SANDRA ASHTON, THEODORE ANDERSON, KEVIN PITZEN, RANDY SCHNEIDER, RONALD SWENSEN, TRACY KOPHAMER, MICHAEL RATACZAK and PHILIP KERCH,

    Defendants.

JUDGMENT IN A CIVIL CASE

15-cv-268-slc

---

This action came for consideration before the court and a jury with Magistrate Judge Stephen L. Crocker presiding. The issues have been tried and the court has rendered a decision.

---

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case.

Approved as to form this 19th day of October, 2017.

_____
Stephen L. Crocker
Magistrate Judge

_____   10/20/17
Peter Oppeneer, Clerk of Court      Date